Case: 4:23-cv-01246-HEA   Doc. #:  1-2   Filed: 10/04/23   Page: 1 of 1 PageID #: 30

**Tuesday, October 3, 2023 at 13:05:09 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Letter of Resignation |
| **Date:** | Saturday, September 16, 2023 at 9:48:27 PM Central Daylight Time |
| **From:** | Douglas Basso |
| **To:** | Franklin Harry |
| **Attachments:** | letter of resignation 9.16.pdf |

Please see attached.

Douglas Basso DPM