**Wednesday, September 20, 2023 at 10:38:55 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Termination for Cause |
| **Date:** | Tuesday, September 19, 2023 at 11:24:51 AM Central Daylight Time |
| **From:** | Franklin Harry |
| **To:** | Dr. B. |
| **CC:** | Laura Frerking, Mark Murphy |
| **Attachments:** | Dr. Basso termination for cause.pdf |

Dr. Basso,

You have been terminated for cause effective immediately. Please contact Laura at 812-230-3762 to arrange a time to receive any personal effects from the office and return BFF property.

Sincerely,

Dr. Harry

# BFF

## Best Foot Forward

### Podiatric Specialists

Dear Dr. Basso,

You have been terminated for cause effective immediately.  Please contact Laura at 812-230-3762 to arrange a time to receive any personal effects from the office and return BFF property.

Sincerely,

**Franklin W. Harry, DPM**  | President

Best Foot Forward Corp  |  Podiatric Specialists

**Business email:** FHarry@BFFdocs.com

My Bio  |  BFFdocs.com

*Festus Office*
1479 US Highway 61 South, Suite B, Festus, MO 63028
**phone:**  636-224-8297  | **fax:**  877-628-4620

*Webster Groves/Crestwood Office*
8790 Watson Road, Suite 103, St. Louis, MO 63119
**phone:** 314-252-0708  | **fax:**  877-628-4620

