Case: 4:23-cv-01246-HEA   Doc. #: 1-7   Filed: 10/04/23   Page: 1 of 3 PageID #: 38


# Better Business Bureau®

**Find** businesses, charities, category    **Near** Saint Louis, MO     US

Home > Missouri > Festus > Podiatrist > Best Foot Forward > Customer Reviews    🚩 Is this Your Business?



**Customer Reviews**
# Best Foot Forward
Podiatrist

**View Business profile** >

## 1 Customer Reviews



**Betsy D**



09/21/2023

I wouldn't go here nor would I advise to work here. The owner at will, can let you go with cause. He won't even face you to tell you. He has other people to do it for him. They cannot keep consistent doctors. Communication goes out the door. Overall it's an uncomfortable work environment.

## Customer Review Rating

 1/5

Average of 1 Customer Reviews

## Contact Information

Case: 4:23-cv-01246-HEA   Doc. #:  1-7   Filed: 10/04/23   Page: 2 of 3 PageID #: 39

1455 US Highway 61
Festus, MO 63028-4157

Visit Website

(636) 223-4639

## BBB Rating & Accreditation

**A+**

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited Businesses in this category

**Years in Business:** 4

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

Case: 4:23-cv-01246-HEA   Doc. #:  1-7   Filed: 10/04/23   Page: 3 of 3 PageID #: 40

© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.