UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Best Foot Forward Corp., et al.,  )
    Plaintiff (s),  )
          )
v.  )  Case No. 4:23-cv-01246
          )
Douglas K. Basso, et al.  )
    Defendant(s).  )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now Plaintiff Best Foot Forward and notifies the court of the intent to use

D&B Legal Services, Inc
(name and address of process server)

P.O. Box 7474

Overland Park, KS 66207

To serve: Douglas K Basso, Aubree Basso, Basso Family LLC & Laura Erickson in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

October 4, 2023            /s/ Mark D. Murphy
(date)            (attorney for Plaintiff)

           (attorney for Defendant)