UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEST FOOT FORWARD CORP., *d/b/a Best Foot Forward Corporation Podiatric Specialists*, ) ) ) ) Plaintiff(s), ) ) vs. ) DOUGLAS K. BASSO, *et al.*, ) ) Defendant(s). ) | Case No. 4:23CV01246 SPM |

### ORDER

The above-styled and numbered case was opened on October 4, 2023, and randomly assigned to the Honorable Shirley Padmore Mensah, United States Magistrate Judge.

After assignment of this case, Plaintiff filed a Motion for Temporary Restraining Order on October 11, 2023. Therefore, this case must be reassigned to a United States District Judge.

Accordingly,

IT IS HEREBY ORDERED that the above-styled cause is randomly reassigned to the Honorable Henry E. Autrey, United States District Judge.

Dated this 12th day of October, 2023.

GREGORY J. LINHARES
CLERK OF COURT

By _____ On behalf of Clerk of Court
Chief Deputy of Operations

**In all future documents filed with the Court, please use the following case number: 4:23CV01246 HEA.**