UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEST FOOT FORWARD CORP, | ) |
| Plaintiff(, | ) |
| v. | ) No. 4:23CV1246 HEA |
| DOUGLAS BASSO, et al., | ) |
| Defendants. | ) |

## **ORDER**

A hearing on Plaintiff's Motion for Temporary Restraining Order is set for October 16, 2023 at 1:30 p.m. in the Courtroom of the undersigned.

Dated this 12th day of October, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE